IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RDS ENTERPRISES II, LP, d/b/a | : | CIVIL ACTION |
| MCLAREN PHILADEPHIA, ET AL. | : | |
| | : | |
| v. | : | |
| | : | |
| CAMERON INGRAM, ET AL. | : | NO.   25-5478 |

## ORDER

**AND NOW**, this 25th day of February, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Docket No. 17), and Plaintiffs' opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.

2. The Amended Complaint is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this civil action.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.